# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| CARROL LEE OWENS, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:13-cv-00315-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 18, 2014 Order.

March 18, 2014

*[signature]*

Frank G. Johns, Clerk
United States District Court